## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**RONALD MONTALBANO**

     **Plaintiff,**

**v.**                                       **Case No: 5:24-cv-231-JSM-PRL**

**THE STANDARD FIRE INSURANCE COMPANY,**

     **Defendant.**

_____

### ORDER

The docket reflects that Plaintiff filed two motions for disclosure (Docs. 7 & 10). However, upon review, both documents were improperly docketed as motions.

Accordingly, the Clerk shall term Document 7 and revise the docket to reflect that it is Plaintiff's certificate of interested persons and corporate disclosure statement. Likewise, the Clerk shall remove Document 10—Plaintiff's mandatory Rule 26 initial disclosures—as discovery-related documents should not be filed on the docket unless and until the Court needs them to decide an issue brought to its attention. *See* Fed. R. Civ. P. 5(d)(1); Middle District Discovery § I.C.1.

**DONE** and **ORDERED** in Ocala, Florida on May 30, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties